**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 09-CR-30006-MJR** |
| | ) | |
| **ARTHUR C. MADGETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**REAGAN, District Judge:**

This case is currently set for trial on June 15, 2009. Madgett is currently in pretrial detention in the Alton City Jail in Alton, Illinois. On April 1, 2009, Madgett moved this Court to transfer him to a federal medical facility, explaining that he has a potentially cancerous cyst on his forehead (Doc. 19). However, the United States Marshal's Service informed Madgett that he cannot have the cyst removed at a local hospital, unless it becomes life-threatening. Consequently, removal of the cyst can only be undertaken if Madgett is transported to a Federal Medical Center. Madgett represents in his motion that the Government "takes no position on what constitutes appropriate medical treatment or the location of such treatment for Arthur Medgett."

Having fully considered Madgett's filing, the Court hereby **GRANTS** the motion to transfer the Defendant to a Federal Medical Facility (Doc. 19) and **ORDERS** that Arthur C. Madgett is hereby committed to the custody of the Bureau of Prisons for evaluation and medical treatment of the above-described cyst.

**IT IS SO ORDERED.**

**DATED this 3d day of April 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**